### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATY BERNAL-GUZMAN,

        *Plaintiff,*

    v.

UNITED STATES OF AMERICA,

        *Defendant.*

CIVIL ACTION
NO. 25-6541

### ORDER

**AND NOW**, this 25th day of March 2026, upon consideration of Plaintiff Katy Bernal-Guzman's Complaint, (Dkt. No. 1), the Partial Motion to Dismiss filed by the United States, (Dkt. No. 7), Plaintiff's Response, (Dkt. No. 10), and the Government's Reply, (Dkt. No. 11), it is **ORDERED** that the Motion is **GRANTED**:

1. Counts II and III, alleging negligent supervision and retention, are both **DISMISSED without prejudice**.

2. Count VI, alleging negligence *per se*, is **DISMISSED without prejudice**.

3. Count VII, alleging false imprisonment, is **DISMISSED with prejudice**.

4. Bernal-Guzman may file an amended complaint, consistent with this Order and the accompanying Memorandum, **on or before Friday, April 24, 2026**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.