**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATY BERNAL-GUZMAN,<br>*Plaintiff,*<br>v.<br>UNITED STATES OF AMERICA,<br>*Defendant.* | CIVIL ACTION<br>NO. 25-6541 |

## ORDER

**AND NOW**, this 10th day of August 2026, upon consideration of Plaintiff Katy Bernal-Guzman's Amended Complaint, (Dkt. No. 14), the Motion to Dismiss Counts II and III filed by the United States, (Dkt. No. 17), Plaintiff's Response, (Dkt. No. 21), and the Government's Reply, (Dkt. No. 24), it is **ORDERED** that the Motion is **GRANTED**. Counts II and III, alleging negligent supervision and retention, are both **DISMISSED without prejudice** for lack of subject matter jurisdiction.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.